Matter of Axel S. (Kresha S.) (2025 NY Slip Op 03482)

Matter of Axel S. (Kresha S.)

2025 NY Slip Op 03482

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

472 CAF 24-00849

[*1]IN THE MATTER OF AXEL S. WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; KRESHA S., RESPONDENT-APPELLANT. 

TYSON BLUE, MACEDON, FOR RESPONDENT-APPELLANT. 
ROY G. FRANKS, LYONS, FOR PETITIONER-RESPONDENT.
GARY MULDOON, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Wayne County (Richard M. Healy, J.), entered April 23, 2024, in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent with respect to the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court